**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

*FILED*

MAY 25 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| Deborah Walton, | ) |
| | ) Cause No. |
| Plaintiff, | ) |
| | ) |
| vs. | ) **1:21**-cv-**1313** JMS -MJD |
| | ) |
| Claybridge Homeowners Assoc. | ) |
| Flock Safety, Tree Service unknown | ) |
| Stuart R. Buttrick, Ramin D. Kazemi, | ) |
| George P. Corydon, Richard Scott, | ) |
| and Garrett Langley In their | ) |
| Individual capacity. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff Deborah Walton, pro se, is bring this action against Claybridge Homeowners Association, Flock Safety, Stuart R. Buttrick, Ramin D. Kazemi, George P. Corydon, Richard Scott, Garrett Langley and Tree Service (Unknown). They violated the Plaintiffs 4th Amendment, 14th Amendment, 5th Amendment and 9th Amendment Rights. The Defendants, Unlawful installed a photography and surveillance camera on the Plaintiff's private property; without the Plaintiff's (Property Owners) Consent, *See* Indiana Code 35-46-8.5.1; they also were Trespassing, on the Plaintiff's Property See Indiana Code 35-43-2.b(B) and are also Invading the Plaintiffs Privacy.

1

## JURISDICTION

This Court has jurisdiction pursuant to the 4th, 5th, 9th, and 14th Amendments, 28 U.S.C. §§ 1331 and 1367, and  The Court has authority to issue a declaratory judgment by virtue of 28 U.S.C. § 2201.

## PARTIES

1.  Defendant Claybridge Homeowners Association, is a business entity with offices at 689 Mayfair Lane, Carmel IN 46032

2.  Defendant Stuart R. Buttrick, is a natural person, residing at 689 Mayfair Lane, Carmel IN 46032

3.  Defendant Richard Scott, is a natural person, residing at 12838 Norfolk Circle, Carmel IN 46032

4.  Defendant Flock Safety is a business entity with offices at 888 3rd St. N.W. Atlanta, GA 30318.

5.  Defendant Garrett Langley is a natural person, with an office at 888 3rd St. N.W. Atlanta, GA 30318.

6.  Defendant Ramin D. Kazemi is a natural person, residing at 644 Mayfair Lane, Carmel, IN 46032

7.  Defendant George P. Corydon is a natural person, residing at 765 Sulfolk Lane, Carmel IN 46032.

8.  Tree Service (Unknown)

9.  Plaintiff Deborah Walton is a natural person, residing at 12878 Mayfair Lane, Carmel IN,46032

## INTRODUCTION

This action is brought under the following: Plaintiffs 4th Amendment; 14th Amendment, 5th Amendment; 9th Amendment Rights; Unlawful photography and surveillance on private property; without Property Owners Consent, *See* Indiana Code 35-46-8.5.1; Trespassing, See Indiana Code 35-43-2.b(B) and Invasion of Privacy.

The Plaintiff was in a Law Suit with Claybridge Homeowners Association; concerning her property rights as they continued to attempt to install a fence on the Plaintiff property; that was decided in Hamilton County Superior Court 3.  The Hon. Judge William Hughes prepared a color coded survey map that outlined; Claybridges planting and landscaping easements.  Therefore; Claybridge was without power to assert any rights outside the easements.   Hence, the fence was never installed, and Claybridge over stepped it's boundaries, when they removed a Spruce Tree from the Plaintiff's Property that was not in the planting nor landscaping easements they control.

## FACTUAL ALLEGATIONS

10.   The above paragraphs 1 – 9, are incorporated herein.

11.   On or before May 18th 2021, the Defendants Claybridge, Scott, Buttrick, Kazemi Corydon and Tress Service, cut down the Plaintiffs Spruce Tree; without the Plaintiff's consent.  **Ex. A  (Tree); Ex. B (Aff Walton)**

**12.**   On May 20th 2021, the Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, Langley and Flock Safety installed a Surveillance Camera on the Plaintiff's property; without the Plaintiff's consent.  **Ex. C (Camera); Ex. B (Aff Walton); Ex. D (Survey Map)**

13.   On or before May 18th and on May 20th the Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, Flock Safety and Tress Service, were Trespassing on the Plaintiff's property; without her consent.  They removed a Spruce Tree and installed a Surveillance Camera.  **Ex. B (Aff Walton)**

## COUNT I
## DEFENDANT'S VIOLATE THE PLAINTIFF 4TH 9TH AND 14TH AMENDMENT RIGHTS

14. The above paragraphs 1 – 13, are incorporated herein.

15.   The Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, Langley and Flock

Safety, are acting as a Quasi-Governmental Agency.  The Defendants are collecting information on the Plaintiff and sharing it with the State and Local Police Agencies.


## COUNT II
## DEFENDANT'S VIOLATE THE PLAINTIFF 5TH AMENDMENT RIGHTS

16.   The above paragraphs 1 – 15, are incorporated herein.

17.   The Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, have taken possession of the Plaintiff's property when they installed, the Surveillance Camera, and are maintaining a Surveillance Camera without ownership of the Plaintiff's property.


## COUNT III
## DEFENDANT'S TRESPASSED AND DESTROYED THE PLAINTIFF'S PROPERTY

18.  The above paragraphs 1 –17 are incorporated herein.

19.  The Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, Langley and Flock Safety, have and continue to Trespass on the Plaintiff property. In violation of Indiana Code 35-43-2.b(B), and removed a Spruce Tree without the Plaintiff's consent.  **Ex. B (Aff Walton); Ex. D (Survey Map)**


## COUNT IIII
## DEFENDANT'S ARE INVADING THE  PLAINTIFF'S PRIVACY

20.   The above paragraphs 1 – 19 are incorporated herein.

21.   The Defendants are invading the Plaintiff's privacy and the Supreme Court of Indiana concurs. *See Doe v. Methodist Hosp. 690 N.E.2d 681 (Ind. 1997).*


22.  The Plaintiff is entitled to enjoy the Privacy in her own home, and the Defendants have collected and storing her personal information.  See Doe v. Methodist Hosp. Supreme Court of Indiana 690 N.E.2d 681 (Ind. 1997)

4

## COUNT V
## DEFENDANT'S HAVE VIOLATED INDIANA CODE 35-46-8.5.1
### Unlawful Photography And Surveillance On Private Property

23. The above paragraphs 1 – 22, are incorporated herein.

24. The Defendants Claybridge, Scott, Buttrick, Kazemi, Corydon, Langley and Flock Safety, unlawfully installed a Photography and Surveillance Camera on the Plaintiff's Private Property.

25. The Defendant Langley failed to review the public records of the actual Owners of the Plaintiff's property, and they never obtain consent, from the Owners, prior to entering into an agreement with Claybridge Homeowners Association.

26. According to Indiana Code 35-46-8.5.1 (b): A person who knowingly or intentionally places a camera or electronic surveillance equipment that records images or data of any kind while unattended on the private property of another person without the consent of the owner or tenant of the private property commits a Class A misdemeanor.

**WHEREFORE,** the Plaintiff respectfully request the Defendants, remove the Surveillance Camera from her property, and replace the Spruce Tree, they removed and for the following damages:

A. Actual damages;

B. Statutory damages;

C. Punitive Damages;

D. Costs and attorney fees;

E. Triable Damages

F. Such other relief as the Court deems proper.

5

JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

May 24, 2021

Respectfully submitted,

Deborah Walton, pro se

6