# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Deborah Walton<br><br>Plaintiff<br><br>v.<br><br>Claybridge Homeowners Assoc.<br>Flock Safety, Tree Service unknown<br>Stuart R. Buttrick, Ramin D. Kazemi,<br>George P. Corydon, Richard Scott,<br>and Garrett Langley In their<br>Individual capacity.<br><br>Defendant. | Case No. |

## AFFIDAVIT OF DEBORAH WALTON

Deborah Walton, being duly sown, deposes and states:

I am an adult with a residence in Hamilton County in the state of Indiana.

I owned the Spruce Tree that Claybridge Homeowners Association, and the Defendants listed above cut down my Tree, and I never gave them permission to cut my tree down. I never gave Claybridge Homeowners Association, nor any of the Defendants listed above; permission to install a Surveillance Camera on my Property, not did I give Flock Safety, nor any of the Defendants above; permission to install a Surveillance Camera on my Property.

I witnessed Richard Scott, trespassing on my Property, and I witness a Representative from Flock Safety trespass on my Property and installing a Surveillance

Camera on my Property.

I witnessed a Tree Service hired by Richard Scott, cut down my Spruce Tree, and they were both trespassing on my Property.

**I AFFIRM UNDER PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**May 24, 2021**

Deborah Walton