**EXHIBIT**

**C**

