**EXHIBIT**

**D**

